**Charles TRIPLETT, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 54521.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 18, 1989.

Application to Transfer Denied
Nov. 14, 1989.

Elizabeth R. Brown, St. Louis, for movant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM

Movant, Charles Triplett, appeals from the denial of his Rule 27.26 motion (repealed January 1, 1988) after an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).